*Messrs. Perry·W. Howard* and *Louis F. Mehlinger* for the United States.

---

No. —, original. COLORADO *v.* KANSAS. January 3, 1928. The motion for leave to file bill of complaint is granted and process ordered to issue returnable on Monday, February 20, 1928. *Mr. Wm. L. Boatright,* Attorney General of Colorado, for complainant.

---

PETITIONS FOR CERTIORARI GRANTED, FROM OCTOBER 3, 1927, TO AND INCLUDING JANU- ARY 3, 1928.

No. 252. MRS. L. E. WILLIAMS, INDIVIDUALLY AND NATURAL TUTRIX, *v.* GREAT SOUTHERN LUMBER COMPANY. October 10, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. W. J. Waguespack* for petitioner. *Mr. Generes Du-four* for respondent.

---

No. 258. COMMERCIAL CREDIT COMPANY *v.* UNITED STATES. October 10, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Duane R. Dills* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Wille-brandt* and *Mr. Mahlon D. Kiefer* for the United States.

---

No. 260. CITY OF NEW BRUNSWICK, WILLIAM G. HOWELL, TREASURER OF THE CITY OF NEW BRUNSWICK, ET AL. *v.* UNITED STATES AND UNITED STATES HOUSING CORPORATION. October 10, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. John W. Davis* and *Edward L.*